United States District Court
Southern District of Texas
**ENTERED**
September 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EBER OBED ALVAREZ VELASQUEZ,<br>Petitioner, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. 4:26-6032 |
| | § | |
| WARDEN, HOUSTON CONTRACT DETENTION FACILITY, *et al.*<br>Respondents. | §<br>§<br>§ | |

**ORDER OF DISMISSAL**

Petitioner Eber Obed Alvarez Velasquez filed this habeas petition when detained in the custody of officials with Immigration and Customs Enforcement (ICE). On August 29, 2026, the court ordered the respondents to answer (Dkt. 3). The respondents moved to dismiss as moot and present evidence that an immigration judge granted the petitioner voluntary departure on August 31, 2026 (Dkt. 4; Dkt. 4-1). The petitioner did not respond.

The respondents' motion to dismiss (Dkt. 4) is **GRANTED.** This habeas action is **DISMISSED as moot.**

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on September 30, 2026.

George C. Hanks Jr.
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE